BRIAN J. STRETCH (CABN 163973)
United States Attorney

DAVID R. CALLAWAY (CABN 121782)
Chief, Criminal Division

LAURIE KLOSTER GRAY (CABN 221152)
Assistant United States Attorney
    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7200
    FAX: (415) 436-6557
    Laurie.kloster.gray@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| UNITED STATES OF AMERICA, | ) Case No. CR 15-000239 CRB |
|---|---|
| Plaintiff, | ) UNITED STATES' MOTION TO DISMISS AND [~~PROPOSED~~] ORDER DISMISSING CASE |
| v. | ) |
| DOUGLAS CAMERON TARLOW, | ) |
| Defendant. | ) |

The defendant, DOUGLAS CAMERON TARLOW, has successfully completed the terms of his diversion. Accordingly, the United States moves the Court, pursuant to Federal Rule of Criminal Procedure 48(a), to dismiss the charges against the defendant in the above-captioned case.

DATED: May 11, 2016

Respectfully submitted,

BRIAN J. STRETCH
United States Attorney

_____
LAURIE KLOSTER GRAY
Assistant United States Attorney

GOV'T MOT. TO DISMISS
CR 15-0239 CRB

1   The charges against Douglas Cameron Tarlow in CR 15-00239 CRB are dismissed.
2   IT IS SO ORDERED.
3   DATED: May 11, 2016

_____
HON. CHARLES R. BREYER
United States District Judge